UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EURAL DEWAYNE DEBBS, SR.,<br><br>              Plaintiff,<br><br>      v.<br><br>CITY OF SEATTLE, KING COUNTY PROSECUTOR, et al.,<br><br>              Defendants. | CASE NO. C12-0289RSM<br><br>ORDER STRIKING MOTION FOR SUMMARY JUDGMENT |

      Plaintiff's untimely motion for summary judgment (Dkt. # 19) is STRICKEN as improper. This case has been dismissed and is on appeal, depriving this Court of jurisdiction over aspects of the case involved in the appeal. *Griggs v. Provident Consumers Discount Co.*, 459 U.S. 56, 58 (1982).

      DATED this 7 day of August 2012.

                                          RICARDO S. MARTINEZ
                                          UNITED STATES DISTRICT JUDGE

ORDER - 1